PROB 34
(1/92)

ORIGINAL Report and Order Terminating Probation/
Supervised Release

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 0 6 2007

at 3 o'clock and 35 min P M
SUE BEITIA, CLERK

## United States District Court
### FOR THE
### DISTRICT OF HAWAII

UNITED STATES OF AMERICA

v.                                             Criminal No. 00-00457SOM-01

AUDIE BAROS

It appearing that the above named has complied with the conditions of supervised release imposed by the Order of the Court heretofore made and entered in this case and that the period of supervised release expired on 10/5/2007, I therefore recommend that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

_____
SYDNEY L. FLEMING
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated this 5th day of December, 2007.

_____
SUSAN OKI MOLLWAY
U.S. District Judge